IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 2:06-mj-331-4 |
| VS. | : | |
| CHRISTOPHER SIMON | : | |

O R D E R

AND NOW, this 18th day of April, 2006, pursuant to 18 United States Code § 4241, it is hereby ORDERED that the defendant is to be examined for competency by a psychiatrist or psychologist selected by the United States Pretrial Services Agency. The expert selected shall file a written report with the court no later than May 1, 2006.

It is so ORDERED.

BY THE COURT:


/s/ Charles B. Smith
         CHARLES B. SMITH
   UNITED STATES MAGISTRATE JUDGE