IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :          NO. 2:06-mj-331-4

           VS.                          :

CHRISTOPHER SIMON                  :


O R D E R

AND NOW, this 2nd day of June, 2006, upon agreement of counsel for the government and the attorney for the defendant, it is hereby ORDERED that the defendant's condition of bail requiring electronic monitoring is REMOVED.  The defendant shall continue to reside with his uncle as previously ordered.  All remaining conditions of bail shall continue.

     It is so ORDERED.

                      BY THE COURT:


                      /s/ Charles B. Smith
                          CHARLES B. SMITH
                   UNITED STATES MAGISTRATE JUDGE