IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

v. : MAGISTRATE NO. 06-M-331-04

CHRISTOPHER SIMON :

**ORDER**

AND NOW, this 15th day of May, 2008, upon consideration of the Government's Motion to Dismiss Complaint, it is hereby

ORDERED

that Complaint No. 06-M-331-04 is dismissed without prejudice as to defendant Christopher Simon.

BY THE COURT:

_Carol S. Wells_
**United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO.<br>06-M-331-04 |
| CHRISTOPHER SIMON | : | |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America, by its attorneys, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Kathy A. Stark, Assistant United States Attorney for the district, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves this Court to dismiss the complaint in the above-captioned matter, and in support of its motion states:

1. On March 24, 2006, defendant Christopher Simon was charged via complaint and warrant, signed by the Hon. M. Faith Angell, along with three other defendants, with conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846. Simon was arrested on March 27, 2006, and was placed on bail by agreement of the parties.

2. The other three defendants were charged by a federal grand jury with conspiracy to distribute cocaine, substantive counts of possession and distribution of cocaine, and various firearms charges. Mr. Simon was not charged in that indictment. After additional investigation, the United States has determined that it will not charge Mr. Simon with these offenses.

3. The government believes that, under these circumstances, it is in the interests of justice to dismiss the complaint against Mr. Simon, and cease any supervision by the Pretrial Services Office.

WHEREFORE, the government respectfully requests that the Court dismiss the complaint against the defendant, without prejudice.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

KATHY A. STARK
Assistant United States Attorney

Dated: May 15, 2008.